UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVA NEWBOLD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 06-CV-10334

HONORABLE AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND**
**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

  This is a social security case.  Plaintiff Eva Newbold appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits.  The matter was referred to a magistrate judge for all pretrial proceedings.  Plaintiff and the Commissioner filed cross motions for summary judgment.  The magistrate judge issued a report and recommendation (MJRR) recommending that plaintiff's motion be granted, the Commissioner's motion be denied, and that the matter be remanded for further administrative proceedings.

II.

Neither party has filed objections to the MJRR.  Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court.  Plaintiff's motion for summary judgment is GRANTED.  The Commissioner's motion for summary judgment is DENIED.  This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

   s/Avern Cohn                 
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, February 22, 2007, by electronic and/or ordinary mail.

   s/Julie Owens             
Case Manager, (313) 234-5160